UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO: 24-30844-KKS
   KENNETH WAYNE GRANT
   DANA ANN GRANT
        DEBTOR(S)  CHAPTER 7
_____/

**NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE**

TO:   Debtor(s), Creditors, and Parties in Interest

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARINGS
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006 (f).
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney and any other appropriate person (Chapter 7 Trustee, Karin A. Garvin, 1801 W. Garden Street, Pensacola, FL 32502) within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the Debtor(s) interest in the following property of the estate of

1

the debtor(s), under the terms and conditions set forth below:

1. Description of property: Debtor(s) equity in 2014 Nissan Sentra $1,315.00, Guns $287.00, Jewelry $258.00 and non-exempt 2024 tax refund.

2. Manner of Sale: Private ( X )*    Public Auction (  )

3. Terms of Sale: Private sale of property identified above to Kenneth Wayne Grant and Dana Ann Grant, the Debtors, for the sum of $1,860.00 to be paid in 12 monthly payments of $155.00 with the payments beginning December 15, 2024. All payments shall be made payable to Karin A Garvin, Trustee and mailed to 1801 W. Garden Street, Pensacola, FL 32502.

This sale is "as is', "where is" with no warranties expressed or implied. The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchaser(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.) The Trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of $200.00 more than the original bid and must be in writing and accompanied by a deposit of **TWENTY (20) %** of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business fifteen (15) days from the date of this notice. Should a higher bid be received and an objection timely filed, a telephone auction will be conducted between the competing parties.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described

above will take place.

December 30, 2024  /s/ Karin A. Garvin
Date  KARIN A. GARVIN, TRUSTEE
  FL Bar No. 0106933
  1801 W. Garden Street
  Pensacola, Florida 32502
  (850) 437-5577
  (850) 437-5250 facsímile
  trustee@kgarvinlaw.com